C-13-15(a)Motion
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Agnes P. Webster | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| | ) | |
| | ) | |
| | ) | No: B-10-80577 C-13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On June 18, 2010, the Debtor's plan was confirmed. Ford Motor Credit Co. ("FMCC") filed a claim in the amount of $5,466.67 secured by a 2002 Ford truck ("the truck"). The claim reflects that the truck is owned solely by a non-filing party, Dante Webster, and the Debtor is not obligated on the loan with FMCC.

The Standing Trustee respectfully recommends to the Court that an Order be entered disallowing the balance of the claim of FMCC as the Debtor is not obligated on the loan.

Date: October 27, 2010                                                                                  s/Richard M. Hutson, II
    ej                                                                                                                Standing Trustee

---

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before December 7, 2010, with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on December 16, 2010, at 11:00 a.m., in the following location:

*Courtroom, Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: October 27, 2010                                                                                  OFFICE OF THE CLERK
                                                                                                                        U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**10-80577 C-13D**

Agnes P. Webster
729 Lawrence Rd., Lot 2
Hillsborough, NC  27278

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702

Ford Motor Credit Co.
Drawer 55-953
PO Box 55000
Detroit, MI  48255-0953