C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-10-80577  C-13D |
| Agnes P. Webster | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

## ORDER

  This matter coming before the Court upon the Motion of Richard M. Hutson II, Trustee for the above-referenced Debtor, to disallow a claim in favor of Ford Motor Credit Co. ("FMCC"), and there being no filed objection to the Motion within the time period set forth in the Notice issued on October 27, 2010, by the Clerk of Court setting December 7, 2010, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

  ORDERED that the balance of the claim of FMCC is disallowed as the Debtor is not obligated on the loan.

**PARTIES IN INTEREST**
**Page 1 of 1**
**10-80577 C-13D**

Agnes P. Webster
729 Lawrence Rd., Lot 2
Hillsborough, NC  27278

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702

Ford Motor Credit Co.
Drawer 55-953
PO Box 55000
Detroit, MI  48255-0953